## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

Patricia M White,

Debtor(s)

Case No: 8:17-bk-10118
Chapter: 13

### MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtor, Patricia M White, by and through their undersigned counsel, files this Motion For Referral to Mortgage Modification Mediation, and state as follows:

1. The Debtor filed this Chapter 13 case on December 5, 2017 in an attempt to retain their primary residence.

2. The first mortgage on the Debtor's primary residence is held by SN Servicing Corporation Account # xxxxxxxx0637 ("Mortgage"), which recorded on June 6, 2006 as instrument # 2006272046 in Hillsborough County, Florida.

3. The Debtor would like to modify the terms of their mortgage encumbering their primary residence located at 2308 E. 8th Ave Tampa, Florida 33605 and more particularly described as follows:

    **Lot 11, Block 11, TURMAN'S EAST YBOR SUBDIVISION, according to the plat thereof, as recorded in Plat Book 01, Page 20 of the Public Records of Hillsborough County, Florida.**

4. The Debtor's income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

5. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

6. Debtor(s) will pay the mediation cost of $250.00 to the designated mediator within seven days of designation of the mediator. Additionally, the Debtor will equally pay the mediator for any additional fees incurred from the Mortgage Modification Mediation process.

Wherefore, Debtor(s) request the entry of an Order referring this case to mediation and for such other further relief as this Court deems just and proper.

Dated: 1/19/2018

Respectfully submitted,

/S/ Stanley J. Galewski, Esq.
**Stanley J. Galewski, Esq.**
Bar Number 523887
Attorney for Debtors
Galewski Law Group, P.A.
412 E Madison Street, Suite 1106
Tampa, FL 33602
Office: 813 -222-8210
Fax: 813-222-8211
Email: stan@galewski.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **1/19/2018**, a true and correct copy of the foregoing has been furnished electronically to the Chapter 13 Trustee, and by U.S. First Class Mail, postage prepaid, to:

| | |
|---|---|
| SN Servicing Corporation | The Prentice-Hall Corporation |
| 13702 Coursey Blvd. Bldg Two | System, Inc. |
| Baton Rouge, LA 70817 | 1201 Hays Street |
| | Tallahassee, Florida 32301 |

                                                            By:    /S/ Stanley J. Galewski, Esq.
                                                                                 Stanley J. Galewski, Esq.