

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/17/2018 09:30 AM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:17-bk-10118-CPM | 13 | 12/05/2017 |

Chapter 13

**DEBTOR:** Patricia White

**DEBTOR ATTY:** Stanley Galewski

**TRUSTEE:** Jon Waage

**HEARING:**

CONTINUED HEARING ON Objection to Order Directing Mortgage Modification Mediation filed by Chase A Berger on behalf of Creditor SN Servicing Corporation as Servicing agent for WTH-Oakmont Mortgage Pool 285 LP (Doc. 23) (related to Doc. 17).....treated as "Motion to Excuse WTH-Oakmont Mortgage Pool 285 LP from Participation in the Mortgage Modification Mediation"
.

**APPEARANCES:**: Jay Passer

**RULING:**
CONTINUED HEARING ON Objection to Order Directing Mortgage Modification Mediation filed by Chase A Berger on behalf of Creditor SN Servicing Corporation as Servicing agent
for WTH-Oakmont Mortgage Pool 285 LP (Doc. 23) (related to Doc. 17).....treated as "Motion to Excuse WTH-Oakmont Mortgage Pool 285 LP from Participation in the Mortgage Modification Mediation"

...<b>...Continued in open court to 9/25/2018 at 9:30 a.m. - no further notice will be given...</b>...


.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.