**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

    Patricia M. White, et.al.,                      CASE NO. 17-10118- CPM

                                                                        Chapter 13

_____ Debtor(s)  /

MEDIATOR'S REPORT OF MORTGAGE MODIFICATION AND COMPLETED MEDIATION

In accordance with the Court's Order of Referral to Mediation, dated May 24, 2017 (Docket #17), a mediation conference was concluded August 6, 2018. The results are indicated below:

A. The following individuals were notified:
   1. Patricia M. White                  Debtor
   2. Stanley J. Galewski              Debtor Attorney
   3. Chase Berger                     Creditor Attorney

B. The outcome of the mediation conference is as follows:
       _____ A trial Mortgage Modification was offered.
       ____x____ The parties did not reach agreement. Mediation cancelled.
       _____ The parties agreed to adjourn the mediation to _____ (date).
       _____ The mediation has been terminated.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by U.S. mail August 6, 2018; pursuant to Local Rule 7005-3 to: Stanley Galewski, Esq., Galewski Law Group, P.A., 412 E. Madison Street, Suite 1106., Tampa, FL 33602 (stan@galewski.com) and Chase A, Berger, Esq., Ghidotti Berger, LLP  2410 Hollywood Blvd. Hollywood FL 33020  (CBerger@ghidottiberger.com).

                                                                  /s/ Traci K. Stevenson, Mediator
                                                                   P.O. Box 86690
                                                                   Madeira Beach, FL  33738
                                                                   Telephone: (727) 398-0839
                                                                   tracikstevenson@gmail.com