**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

                                        Case No.: 8:17-bk-10118-CPM
                                                         Chapter 13

**PATRICIA M. WHITE,**

    Debtor.
_____/

**MOTION TO ALLOW LATE FILED**
**CLAIM TO BE TREATED AS TIMELY FILED**

**SN SERVICING CORPORATION, AS SERVICING AGENT FOR WTH-OAKMONT MORTGAGE POOL 285 PL** ("Secured Creditor"), by and through undersigned counsel, hereby files this Motion to Allow Late Filed Claim to be Treated as Timely Filed (the "Motion") and in support thereof, respectfully states as follows:

1. On December 5, 2017, the Debtor, Patricia M. White (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On January 2, 2018, the Debtor filed a proposed Chapter 13 Plan [D.E. 13] (the "Plan"). Pursuant to the Plan, the Debtor's intention is to seek mortgage modification mediation regarding real property described at *2308 East 8th Avenue, Tampa, FL 33605* (the "Property") legally described as:

> **LOT 11, BLOCK 11, TURMANS'S EAST YBOR SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 1, PAGE 20, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.** (the "Property")

3. The Plan lists Secured Creditor as the secured creditor to which adequate protection payments in the amount of $674.00 will be paid through the Plan.

4. Secured Creditor is the owner and holder of that certain promissory note executed and delivered to Secure Creditor by the Debtor on May 25, 2006 and that certain mortgage recorded as Instrument # 2006272046 in OR Book 16558, Pages 61 - 77, in the Official Records of Hillsborough County, Florida.

5. Pursuant to the Notice of Commencement the deadline to file proof of claims was set for February 13, 2018 (the "Claims Bar Date").

6. On January 19, 2018, the Debtor filed is Motion for Referral to Mortgage Modification Mediation with Secured Creditor [D.E. 16] as to the Property.

7. On January 22, 2018, the Court entered the Mortgage Modification Mediation Order [D.E. 17] (the "MMM Order") directing the parties to proceed with mortgage modification mediation process.

8. Prior to the filing of this Motion, Secured Creditor asserts that the parties acted in good faith and were actively engaged in mortgage modification mediation.

9. On August 6, 2018, mediator Traci K. Stevenson filed the Mediator's Report of Mortgage Modification and Completed Mediation and which reflects that the parties did not reach an agreement.

10. On August 13, 2018, Secured Creditor filed its secured proof of claim [Claim 8-1] which reflects a total claim amount of $283,775.82 with total arrearages in the amount of $165,376.30 and reflecting the on-going monthly payment as $1,469.55 (the "Claim").

11. Secured Creditor is now seeking to have its Claim allowed as timely filed so as to provide Debtor with a current accounting of the Claim and thus allowing the Debtor to file an amended Plan that will conform to the Claim and/or that surrenders the Property.

12. As of the date of filing of this Motion, the Court has not entered an order confirming the Plan as the confirmation hearing is currently set for October 3, 2018.

13. Secured Creditor asserts that there is no danger of prejudice to the Estate in deeming the Secured Creditor's claim as timely filed because to date, the Trustee has not made any distributions to creditors. Although filed late, Secured Creditor's claim will not disrupt the efficient administration of Debtor's assets or the bankruptcy estate.

14. Secured Creditor further states that allowing the Claim as timely filed will allow for the proper administration of all claims as well as distributions to all creditors.

15. Based upon the foregoing, there is sufficient cause for the Court to find that Secured Creditor's Claim should be deemed timely filed.

**WHEREFORE**, SN Servicing Corporation, as Servicing Agent for WTH-Oakmont Mortgage Pool 285 PL, seeks the entry of an order granting the Motion, deeming its proof of claim timely filed, and granting any other and further relief this Court deems just and equitable.

**Dated this 14th day of August, 2018.**

Respectfully submitted:

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:   /s/ Chase A. Berger
       Chase A. Berger, Esq.
       Florida Bar No. 083794
       cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Patricia M. White**
2308 E. 8th Avenue
Tampa, FL 33605

*Debtor's Counsel*
**Stanley J. Galewski, Esq.**
412 E. Madison Street - Suite 1106
Tampa, FL 33602

*Trustee*
**Jon Waage**
**c/o Kimberly McIntyre, Esq.**
P.O. Box 25001
Bradenton, FL 34206-500

*U.S. Trustee*
**United States Trustee - TPA7/13, 7**
Timberlake Annex - Suite 1200
501 E. Polk Street
Tampa, FL 33602

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.