**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                                                            Case No.: 8:17-bk-10118-CPM
                                                                                                        Chapter 13

**PATRICIA M. WHITE**,

    Debtor.
_____/

**MOTION TO COMPEL THE DEBTOR**
**TO FILE AMENDED CHAPTER 13 PLAN**

    Secured Creditor, **SN SERVICING CORPORATION, AS SERVICER FOR WTH-OAKMONT MORTGAGE POOL 285 LP**, ("SN Servicing" or "Secured Creditor"), by and through its undersigned attorney, hereby files this Motion to Compel the Debtor to File Amended Chapter 13 Plan. In support of its Motion, Creditor states as follows:

    1. On December 5, 2017 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

    2. On January 2, 2018, the Debtor filed its Chapter 13 Plan (D.E. 13].

    3. On January 19, 2018, the Debtor filed a Motion for Referral to Mortgage Modification Mediation [D.E. 16] with SN Servicing.

    4. On January 22, 2018, the Court entered the Order Directing Mortgage Modification Mediation [D.E. 17].

    5. Prior to the filing of this Motion, Secured Creditor asserts that the parties have acted in good faith and were actively engaged in mortgage modification mediation.

6. On August 6, 2018, mediator Traci K. Stevenson (the "Mediator") filed a Mediator's Report of Mortgage Modification and Completed Mediation [D.E. 48] (the "Final Report").

7. On August 13, 2018, Secured Creditor filed its secured proof of claim [Claim 8-1] which reflects a total claim amount of $283,775.82 with total arrearages in the amount of $165,376.30 and reflecting the on-going monthly payment as $1,469.55 (the "Claim").

8. On August 14, 2018, Secured Creditor filed is Motion to Allow Late Filed Claim [D.E. 40] (the "Motion to Allow Late Claim"). A hearing on the Motion to Allow Late Claim is currently scheduled for October 3, 2018.

9. As of the filing of this Motion, no confirmation order has been entered. The confirmation hearing has been re-scheduled and is currently set for hearing on October 3, 2018.

10. Secured Creditor asserts that approximately a month has lapsed since the filing of the Final Report and that as of the filing of this Motion, the Debtor has not filed an Amended Plan that either conforms to the Claim or surrenders the subject real property commonly described as *2308 East 8th Avenue, Tampa, FL 33605* (the "Property") and legally described as:

> **LOT 11, BLOCK 11, TURMAN'S EAST YBOR SUBDIVISION, ACCORDING OT THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 1, PAGE 20, OF THE PUBLIC RECORDS OF HISLLSBOROUGH COUNTY, FLORIDA.**

11. Secured Creditor has expended additional attorney's fees associated with the filing of this instant Motion and seeks recovery of same.

12. Secured Creditor seeks entry of an order directing Debtor to (i) file an amended plan that either conforms to Secured Creditor's claim or denotes that the subject property is to be "treated outside the Plan" or that the subject property is to be surrendered to Secured Creditor, (ii) pay Secured Creditor reasonable attorney's fee associated with the prosecution of this

Motion, and (iii) allow Secured Creditor to pursue its in rem remedies in state court against the subject property.

**WHEREFORE**, Secured Creditor, prays that this Court grant the Motion to Compel Debtor to File an Amended Plan, awarding attorney's fees for the prosecution of this Motion, and granting any further relief that this Court deems just and proper.

**Dated this 5th day of September, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:     /s/ Chase A. Berger
         Chase A. Berger, Esq.
         Florida Bar No. 083794
         cberger@ghidottiberger.com

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:     /s/ Chase A. Berger
         Chase A. Berger, Esq.

*Case No.: 8:17-bk-10118-CPM*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* <br> **Patricia M. White** <br> 2308 E. 8th Avenue <br> Tampa, FL 33605 | *Debtor's Counsel* <br> **Stanley J. Galewski, Esq.** <br> 412 E. Madison Street - Suite 1106 <br> Tampa, FL 33602 |
| *Trustee* <br> **Jon Waage** <br> **c/o Kimberly McIntyre, Esq.** <br> P.O. Box 25001 <br> Bradenton, FL 34206-500 | *U.S. Trustee* <br> **United States Trustee - TPA7/13, 7** <br> Timberlake Annex - Suite 1200 <br> 501 E. Polk Street <br> Tampa, FL 33602 |

By: /s/ Chase A. Berger
       Chase A. Berger, Esq.